IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION AT CANTON

| | | |
|---|---|---|
| JOHN L. CHURCH | ) | CASE NO. 19-62343 |
| | ) | |
| Debtor | ) | ADVERSARY NO. _____ |
| | ) | |
| | ) | IN PROCEEDINGS UNDER CHAPTER 7 |
| LISA M. BARBACCI, TRUSTEE | ) | |
| P.O. Box 1299 | ) | JUDGE RUSS KENDIG |
| Medina, OH 44258 | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | COMPLAINT |
| | ) | |
| AMERICAN BUILDERS & | ) | |
| CONTRACTORS SUPPLY CO., INC. | ) | |
| c/o Corporation Service Company, | ) | |
| Statutory Agent | ) | |
| 50 W. Broad Street, Suite 1330 | ) | |
| Columbus, OH 43215 | ) | |
| | ) | |
| and | ) | TYPE: PREFERENCE AVOIDANCE |

|                                                      |   |
|------------------------------------------------------|---|
| AMERICAN BUILDERS &                                  | ) |
| CONTRACTORS SUPPLY CO., INC.                         | ) |
| Attn: Officer, Managing, or General Agent            | ) |
| 1320 Starlite Drive                                  | ) |
| Akron, OH 44306                                      | ) |
|                                                      | ) |
| **Defendants**                                       | ) |

Now comes Lisa M. Barbacci, Trustee, the plaintiff herein, by and through her attorney, and, for her cause of action against the defendant, states as follows:

## I - JURISDICTION AND PARTIES

1. This court has jurisdiction over the within adversary proceeding pursuant to 28 USC § 1334 and 28 USC § 157 and the claims set forth herein are core proceedings or are related proceedings and the plaintiff consents for this court to hear, determine, and enter appropriate orders and judgment, including final judgments in the within proceeding.

2. The plaintiff, Lisa M. Barbacci, Trustee, is the duly appointed, qualified, and acting trustee for the debtor, John L. Church, having been designated trustee pursuant to designation of the United States Trustee following the filing of the debtor's petition seeking relief under Chapter 7 of the United States Bankruptcy Code on the 20th day of November, 2019.

3. The defendant, American Builders & Contractors Supply Co., Inc., is a corporation authorized to do business in the state of Ohio.

## II - FIRST CLAIM FOR RELIEF

4. On or about the 14th day of August, 2019, the defendant obtained a judgment against the defendant, John L. Church, in the Court of Common Pleas of Stark County, Ohio and, on the 3rd day of September, 2019, the defendant did cause a certificate of judgment to be filed with the Clerk of Courts for Stark County, Ohio.

5. The filing of such judgment for lien effectuated a transfer of the interest of the debtor in property known for mailing purposes as 5533 Market Avenue North, North Canton, Ohio 44720.

6. Such transfer constituted an involuntary transfer and was to or for the benefit of the defendant, American Builders & Contractors Supply Co., Inc.

7. Such transfer was for or on account of an antecedent debt owed by the debtor before such transfer was made.

8. Such transfer was made while the debtor was insolvent.

9. Such transfer was made on or within 90 days before the date of the filing of the petition.

10. Such transfer enabled such creditor to receive more than such creditor would receive if the case were a case under Chapter 7 of this title, the transfer had not been made, and such creditor has received payment of its debt to the extent provided by the provisions of Title 11.

11. The defendant was the initial transferee of such transfer and the entity for whose benefit such transfer was made.

12. If the transfer is avoided pursuant to § 547 of the United States Bankruptcy Code, such transfer be preserved for the benefit of the estate.

WHEREFORE, plaintiff prays that this Court grant judgment declaring and determining the transfer effectuated by the filing of the certificate of judgment be avoided; that such transfer and the lien created thereby be preserved for the benefit of the estate; for her costs herein incurred, and for such other and further relief as is just and proper.

GIBSON & MORAN LLC

/s/ Michael J. Moran
Michael J. Moran            (#0018869)
Attorney for Lisa M. Barbacci, Trustee
234 Portage Trail
P.O. Box 535
Cuyahoga Falls, OH 44222
(330) 929-0507
(330) 929-6605 - Fax
mike@gibsonmoran.com